**Farmall Employees Credit Union, Plaintiff-Appellee, v. P. J. Wadsager, et al., Defendants-Appellants.**

Gen. No. 65–23.

Third District.

December 10, 1965.

Murphy & Brinn, of Rock Island, for appellants; Dan H. McNeal, of Moline, for appellee. Opinion by PRESIDING JUSTICE ALLOY. Not to be published in full.